# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10cv200

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| 2006 FORD F-150 ) | |
| VIN 1FTPW14V16KC65144, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pending before the Court is the Government's Motion to Dismiss [# 11]. On May 24, 2011, the Government and Claimant filed a Settlement Agreement whereby Claimant agreed to withdraw his Claim and Answer and the Government agreed to release and return to the Claimant and to dismiss its allegation of forfeiture against the defendant property. Accordingly, the Government moves pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to voluntarily dismiss the Verified Complaint. Upon a review of the Settlement Agreement, the Government's motion, and the record in this case, the Court **GRANTS** the Government's Motion to Dismiss [# 11]. The Court **DISMISSES** the Verified Complaint [# 1] and **DIRECTS** the Clerk to **CLOSE** this case.

Signed: June 22, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge